The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| BASSAM ZAAFAN, individually and on behalf of all other similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UMPQUA BANK,<br><br>　　　　　　　　Defendant. | Case No. 3:23-cv-05884-DGE<br><br>ORDER ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (DKT. NO. 5) |

　　　　Pursuant to LCR 7(j) and 10(g), IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Bassam Zaafan ("Plaintiff") and Defendant Umpqua Bank ("Defendant"), through counsel of record, that the date by which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint should be extended from October 6, 2023, to and including October 27, 2023. This Stipulation shall not in any way affect the parties' reservation of rights and remedies, subject only to the extension of time provided herein.

DATED this 6th day of October, 2023.

POLSINELLI PC

By: */s/ Jessica M. Andrade*
    Jessica M. Andrade, WSBA #39297
    1000 2nd Avenue, Suite 3500
    Seattle, WA 98104
    Telephone: (206) 393-5400
    Facsimile: (206) 393-5401
    Email: jessica.andrade@polsinelli.com

*Attorneys for Defendant Umpqua Bank*

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Kaleigh N. Boyd*
    Kaleigh N. Boyd, WSBA #52684
    1200 Fifth Avenue, Suite 1700
    Seattle, WA 98101
    Telephone: (206) 682-5600
    Fax: (206) 682-2922
    Email: kboyd@tousley.com

*Attorney for Plaintiff Bassam Zaafan*

## ORDER

Upon the parties' Stipulated Motion to Extend Time to Respond to Plaintiff's Complaint, and for good cause shown, the Court grants the Motion. The deadline for Defendant Umpqua Bank to respond to Plaintiff's Complaint is October 27, 2023.

IT IS SO ORDERED.

DATED on this 10th day of October 2023.

David G. Estudillo
United States District Judge